FILED: November 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4639
(6:13-cr-00022-NKM-11)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RONNIE EDWARD CUPP

  Defendant - Appellant

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 531 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk